Motion Granted; Appeal Dismissed and Memorandum
Opinion filed November 4, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00363-CV

____________

 

ALVIN COMMUNITY COLLEGE, Appellant

 

V.

 

MANHATTAN CONSTRUCTION COMPANY, Appellee

 



 

On Appeal from the 149th District Court

Brazoria County, Texas

Trial Court Cause No. 46980

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 12, 2010.  On October 29, 2010, the
parties filed an agreed motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Seymore, Boyce and
Christopher.